Marna Lynn WEBER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61967.

Missouri Court of Appeals,
Western District.

Aug. 26, 2003.

Nancy A. McKerrow, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Adriane D. Crouse, Jefferson City, MO, for respondent.

Before PAUL M. SPINDEN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Ms. Marna Lynn Weber appeals from the judgment of the motion court, which denied her motion for post-conviction relief.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Gary M. WOOTEN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61840.

Missouri Court of Appeals,
Western District.

Aug. 26, 2003.

John M. Schilmoeller, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Richard A. Starnes, Jefferson City, MO, for respondent.

Before PAUL M. SPINDEN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Mr. Gary M. Wooten appeals the denial of his Rule 29.15 motion on the basis that the motion court erred by finding that he had failed to prove ineffective assistance of counsel.

For the reasons set forth in the memorandum provided to the parties, the denial of Mr. Wooten's post-conviction relief is affirmed. Rule 84.16(b).